UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BROADCAST MUSIC, INC., MJ
TWELVE MUSIC, TOKECO TUNES,
MOETOBLAME MUSIC, WARNER-
TAMERLANE PUBLISHING CORP.
and INDIANA ANGEL MUSIC,

        Plaintiffs,

v.        Case No:   6:14-cv-1705-Orl-22KRS

BLOOD HOUND BREW, LLC, VILAS
R. KEVADIA and ROMESH KEVADIA,

        Defendants.

## ORDER

This cause is before the Court on Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. No. 58) filed on November 16, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 9, 2015 (Doc. No. 59), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiffs' Motion for Attorneys' Fees and Costs is hereby GRANTED in part.

3. Plaintiffs are hereby AWARDED $16,169.97 in attorneys' fees and $1,115.00 in costs.

**DONE** and **ORDERED** in Orlando, Florida on December 28, 2015.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record